# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| *Plaintiff* | : | **NO. 16-5773** |
| | : | |
| v. | : | |
| | : | |
| **CHRISTOPHER K. SCHRICHTE**, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 28th day of February 2023, upon consideration of the *motion for default* filed by Plaintiff Securities and Exchange Commission (the "SEC"), [ECF 67], the response in opposition filed by Defendant Christopher K. Schrichte, [ECF 110], and the SEC's reply, [ECF 112], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**. Accordingly, the Clerk of Court is directed to enter a **DEFAULT** against Defendant Christopher K. Schrichte.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*