## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | CIVIL ACTION |
| *Plaintiff* | : | NO. 16-5773 |
| | : | |
| v. | : | |
| | : | |
| **CHRISTOPHER K. SCHRICHTE,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 20th day of May 2026, upon consideration of the Security and Exchange Commission's, ("SEC"), *motion for default judgment against Defendants*, (ECF 131), Defendant Schrichte's responses in opposition, (ECF 134, 146, 148, 154, 155, 157), the SEC's replies, (ECF 135, 140, 147, 153, 156), and the evidence adduced at the Federal Rule of Civil Procedure 55(b)(2) hearing, (*see* ECF 150, 151), it is hereby **ORDERED,** for the reasons set forth in the accompanying Memorandum Opinion issued on this day, (ECF 158), that:

1. The Order of February 28, 2025, (ECF 136), is **VACATED**; and

2. The SEC's complaint, (ECF 1), is **DISMISSED**, with prejudice.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

1