**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHRISTOPHER K. SCHRICHTE, et al.,**<br><br>**Defendants.** | **Case No. 16-5773**<br><br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Notice is hereby given that Plaintiff Securities and Exchange Commission appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered by the United States District Court, Eastern District of Pennsylvania, on May 20, 2026. *See* Dkt. 159.

Dated: July 20, 2026

s/ Christopher R. Kelly
Christopher R. Kelly
U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 597-3100
KellyCR@sec.gov

***Counsel for Plaintiff Securities and Exchange Commission***

## CERTIFICATE OF SERVICE

I hereby certify, this twentieth day of July 2026, that I caused to be served a true and correct copy of the foregoing Notice of Appeal to the United States Court of Appeals for the Third Circuit:

1. Through the Court's electronic filing system upon the following counsel for Defendants Christopher K. Schrichte, NewMarket Global Management I, LLC, and NewMarket Technology Fund I, LLC:

Philip J. McNutt
LAW OFFICE OF PHILIP J. McNUTT, PLLC
11921 Freedom Drive Suite 584
Reston, VA 20190

Matthew J. McConnell
2 Bala Plaza, Suite 300
Bala Cynwyd, PA 19004;

2. Via email and first-class mail upon the following:

Howard C. Hill
5618 N. Capital Street, N.W.
Washington, DC 20011; and

3. Via first-class mail upon the following:

NewMarket Global Management I, LLC
c/o Christopher K. Schrichte and Howard C. Hill
P.O. Box 60072
Washington, DC 20039

NewMarket Technology Fund I, LLC
c/o Christopher K. Schrichte and Howard C. Hill
P.O. Box 60072
Washington, DC 20039.

s/ Christopher R. Kelly
Christopher R. Kelly